IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ARTHUR SHERIDAN, et al, | * |
| Plaintiffs, | * |
| v. | Case No.  1:15-CV-160(LJA) |
| | * |
| iHEARTMEDIA, INC., A Delaware Company, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 27, 2017, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendant.

This 27th day of April, 2017.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk